## 7277.  ECTOR *v.* CITY OF ATLANTA.

RUSSELL, C. J. The only purpose of the petition for certiorari being to review the sufficiency of the evidence to support a conviction of a violation of a municipal ordinance forbidding loafing and loitering around public places, and there being some evidence to authorize the

conviction, the judgment overruling the certiorari will not be disturbed. *Judgment affirmed.*

DECIDED MAY 18, 1916.

Certiorari; from Fulton superior court—Judge Ellis. January 11, 1916.

*C. G. Battle,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.